UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**Robert Zanni,**

    Plaintiff,

                                 09-570 ML

vs.

**Penncro Associates, Inc.,**
**John Doe, alias**

    Defendants.

_____

### Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby files this notice dismissing this matter with prejudice, no cost and no interest.

                                                   The Plaintiff,
                                                   By Counsel,

                                                   /s/ John T. Longo
                                                   _____
                                                   John T. Longo, Esq./#4928
                                                   681 Smith Street
                                                   Providence, RI  02908
                                                   (401) 272-2177
                                                   Fax (401) 537-9185
                                                   jtlongo@yahoo.com

### Certificate of Service

I certify that on _____ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

    None.

I further certify that I caused a copy of this document to be sent to the people listed below via first class mail and, if an e-mail address is listed below, via e-mail:

    jcarney@penncro.com

                                                  /s/ John T. Longo
                                                  _____
                                                  John T. Longo, Esq./#4928

My File #: **FD 3024**