UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**Robert Zanni,**

      Plaintiff,

      vs.                                                                              09-570 ML

**Penncro Associates, Inc.,**
**John Doe, alias**

      Defendants.

_____

### Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant

having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby files this notice

dismissing this matter with prejudice, no cost and no interest.

                                   The Plaintiff,
                                   By Counsel,

                                   /s/ John T. Longo

                                   _____
                                   John T. Longo, Esq./#4928
                                   681 Smith Street
                                   Providence, RI  02908
                                   (401) 272-2177
                                   Fax (401) 537-9185
                                   jtlongo@yahoo.com

*Enter:*
*Mary M. Lisi*
*USDJ 12/29/09*

### Certificate of Service

      I certify that on _____ I electronically filed this document with the Clerk of the United
States District Court for the District of Rhode Island using the CM/ECF System. The following
participants received notice electronically: